# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Patricia E Redmond,**<br>　Debtor. | Case No.:　18–40892–EJC<br>Judge:　Edward J. Coleman III<br>Chapter:　7 |

## NOTICE OF CONTINUED HEARING

The Hearing on Motion for Relief from Stay by U.S. Bank Trust National Association, As Trustee of the Lodge Properties III, LLC As Serviced by BSI Financial Services, Inc. originally scheduled **July 29, 2020** has been continued to:

*August 20, 2020, at 10:00 AM,*
*U.S. Bankruptcy Court,*
*Bankruptcy Courtroom Rm 228, U.S. Courthouse, 125 Bull St., Savannah, GA 31401.*

All other provisions of the original notice remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Lucinda Rauback, CLERK*
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　125 Bull St, Rm 213
　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 8347
　　　　　　　　　　　　　　　　　　　　　　　　　　　Savannah, GA 31412

Dated: July 31, 2020

B–40C [Rev. 07/20]　*LLE*