IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18-40892 |
| PATRICIA E REDMOND, | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

NOTICE OF INTENT TO ABANDON PROPERTY

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) of the Bankruptcy Code, **Wendy A. Owens, Trustee**, intends to and will abandon the following described property as burdensome or of inconsequential value to the estate, unless, within fifteen (15) days from the date of service of this Notice, a creditor or other interested party files a written objection and request for hearing with the Clerk of the Bankruptcy Court, at P. O. Box 8347, Savannah, GA, 31412, and serves a copy of such request on the trustee, Wendy A. Owens, PO Box 8846, Savannah, GA 31412.

Trustee intends to abandon the following property:

| Asset Description | Petition Value | Liens | Exemptions |
|---|---:|---:|---:|
| 1. 39 Shore Road, Savannah, GA 31419-0000, Chatham County | $950,000.00 | $418,350.00 | $21,500.00 |
| 2. 2010 Toyota Venza | $15,000.00 | $0.00 | $5,000.00 |
| 3. clothing | $150.00 | $0.00 | $150.00 |
| 4. wedding ring set, watch | $2,000.00 | $0.00 | $500.00 |
| 5. Checking: Wells Fargo Bank | $25.00 | $0.00 | $25.00 |

This 2nd day of October, 2020.

Respectfully submitted,

/s/ Wendy A. Owens
WENDY A. OWENS
Georgia Bar Number 557809

WENDY A. OWENS, ESQ.
GA BAR NO. 557809
CHAPTER 7 TRUSTEE
PO BOX 8846
SAVANNAH, GA 31412
(912) 239-9888

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 18-40892 |
| PATRICIA E REDMOND, | ) |
| | ) CHAPTER 7 |
| | ) |
| | ) |
| DEBTOR. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing, **NOTICE OF INTENT TO ABANDON PROPERTY**, by CM/ECF or by depositing same in the United States Mail with sufficient postage affixed thereon, to those addressed below:

Patricia E Redmond
39 Shore Road
Savannah, GA 31419

Office of the U.S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste. 725
Savannah, GA 31401

Judson C. Hill
P O Box 8012
Savannah, GA 31412

This 2nd day of October, 2020.

/s/ Wendy A. Owens
WENDY A. OWENS
Georgia Bar Number 557809